### MARKOWITZ v. JOSEPH ECKERT LODGE, NO. 82, I. O. B. A.

(Supreme Court, Appellate Term. December 28, 1899.)

BENEFICIAL ASSOCIATIONS—SICK BENEFITS—COMPLIANCE WITH BY-LAWS—CONDITIONS.

A member of a beneficial association, who failed to comply with a by-law of the association providing that a member leaving their usual place of residence shall be entitled to the sick benefit, provided he procure a traveling card, and present it to the branch lodge where he may be sojourning, and request such lodge to officially notify the association of his illness, cannot maintain an action for the sick benefits, as compliance with the by-law is a condition precedent to the association's liability.

Appeal from municipal court, borough of Manhattan, Third district.

Action by Moses Markowitz against the Joseph Eckert Lodge, No. 82, Independent Order Brith Abraham, to recover a sick benefit. From a judgment in favor of defendant, plaintiff appeals. Affirmed.

. Argued before FREEDMAN, P. J., and MacLEAN and LEVEN-TRITT, JJ.

Eli S. Schreier, for appellant.

Leopold Moschcowitz, for respondent.

MacLEAN, J. From the agreed state of facts it appears that the plaintiff's assignor, who was a member of the defendant lodge, might have been entitled to a "sick benefit" had he, during an absence from the city, complied with a by-law which required him to procure a "traveling card," and present it to the branch lodge in Erie, where he was sojourning, and request that lodge officially to notify the defendant of his illness. These acts on the part of the plaintiff were conditions precedent to the defendant's liability. He performed none of them. His complaint was therefore rightly dismissed upon the merits by the learned justice, and the judgment herein should be affirmed.

Judgment affirmed, with costs. All concur.